### 9530.   SHAW v. THE STATE.

BLOODWORTH, J.   1. The entire brief of the attorney for the plaintiff in error is in the following sentence: "The recitals of fact and statement of error in the motion and amended motion for a new trial clearly state the issues in the case and same is respectfully submitted to the court." This is not an argument. It has been repeatedly held by this court and the Supreme Court of the State that assignments of error not argued in the brief of counsel for plaintiff in error will be treated as abandoned.

2. The evidence demanded the verdict.

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED APRIL 2, 1918.

Accusation of misdeameanor; from city court of Savannah—Judge Rourke.   December 22, 1917.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.

---

### 9540.   BYNUM v. THE STATE.

BLOODWORTH, J.   There is no merit in the only special ground of the motion for a new trial. The evidence is sufficient to support the verdict, and the judgment is

> *Affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED APRIL 2, 1918.

Accusation of misdemeanor; from city court of Madison—Judge Anderson.   February 8, 1918.

*Williford & Lambert,* for plaintiff in error.

*A. G. Foster, solicitor,* contra.